FILED

03/27/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0723

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## CASE NO. DA 19-0723

-----------------------------------------------------------------------------------------------

JOHN RICHARDS,

Appellant,

v.

TYLER GERNANT,

Appellee.

-----------------------------------------------------------------------------------------------

On Appeal from the Montana Fourth Judicial District
Missoula County Cause No. DV-19-929
Honorable Judge Shane Vannatta

## ORDER GRANTING EXTENSION

-----------------------------------------------------------------------------------------------

Pursuant to M.R.App.P. 26(1) and upon Unopposed Motion of

Appellee Tyler Gernant for an extension of time to file its Brief, and there

being no objection from Counsel, IT IS HEREBY ORDERED that Appellee

Tyler Gernant is granted a thirty (30) day extension, up to and including May

22, 2020, within which to file its Appellee's Brief.

ELECTRONICALLY SIGNED AND DATED BELOW.

**ORDER**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 27 2020